1
2
3
4
5
6
7
8           UNITED STATES DISTRICT COURT
9           CENTRAL DISTRICT OF CALIFORNIA
10
11 OGANES AGDAIAN,         )   NO. CV 13-7401-VAP (AGR)
12      Petitioner,     )
13         v.         )
14 J. N. KATAVICH, Warden,   )   ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF
15      Respondent.     )   UNITED STATES MAGISTRATE JUDGE
16                )
17 _____)
18       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other
19 records on file herein, and the Report and Recommendation of the United States
20 Magistrate Judge.  Further, the Court has engaged in a *de novo* review of those
21 portions of the Report and Recommendation to which objections have been
22 made.  The Court accepts the findings and recommendation of the Magistrate
23 Judge.
24       IT THEREFORE IS ORDERED that judgment be entered denying the
25 Petition and dismissing this action with prejudice.
26
27 DATED:  August 25, 2015         _____
                            VIRGINIA A. PHILLIPS
28                             United States District Judge