UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OGANES AGDAIAN,<br><br>          Petitioner,<br><br>  v.<br><br>J. N. KATAVICH, Warden,<br><br>          Respondent. | NO.  CV 13-7401-VAP (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: August 25, 2015    _____
                                                VIRGINIA A. PHILLIPS
                                              United States District Judge